MICHAEL B. KASS
Missouri Bar No. 50717
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone:  314.621.5070
Facsimile:  314.621.5065
Email:  mkass@armstrongteasdale.com
*Admitted Pro Hac Vice*

CONOR P. FLYNN
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada  89169
Telephone No.:  702.678.5070
Facsimile:  702.878.9995
Email:  cflynn@armstrongteasdale.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHY HOPKINS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>YELLOWPAGES.COM LLC, DOES 1-10 and ROE CORPORATE, ENTITIES 1-10,<br><br>　　　　　Defendant. | CASE NO.:  2:12-CV-00219-LRH -RJJ<br><br>**<u>JOINT STIPULATION OF<br>DISMISSAL WITH PREJUDICE</u>** |

　　　COME NOW Defendant YellowPages.com LLC and Plaintiff Kathy Hopkins, by and through

their respective counsel, pursuant to Fed.R.Civ.P.41(a)(ii), and hereby stipulate and agree that this

/ / /

/ / /

/ / /

/ / /

1

action shall be dismissed with prejudice, with each party to bear its own costs and fees.

DATED:  This 1st day of June, 2012.

LAW OFFICE OF MARY F. CHAPMAN, LTD.    ARMSTRONG TEASDALE LLP


By:/s/ Mary F. Chapman_____     By:  /s/  Conor P. Flynn_____
   Mary F. Chapman, #6591                    Michael B. Kass, #50717
   7465 W. Lake Mead Blvd.                   7700 Forsyth Blvd., Suite 1800
   Suite 100                                 St. Louis, Missouri 63105
   Las Vegas, Nevada 89138                   314.621.5070
   Telephone: 702.562.1246                   314.621.5065 (facsimile)
   Facsimile: 702.562-1247                   mkass@armstrongteasdale.com
   maryf.chapman@juno.com                    *Admitted Pro Hac Vice*

   ATTORNEY FOR PLAINTIFF                    and

                                             Conor P. Flynn, #11569
                                             3770 Howard Hughes Parkway, Suite 200
                                             Las Vegas, Nevada 89169
                                             Telephone:  702.678.5070
                                             Facsimile:  702.878.9995
                                             cflynn@armstrongteasdale.com

                                             ATTORNEYS FOR DEFENDANT


**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED_____